# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL M. MILLER,
                                   Appellant,
            vs.
MELINDA S. MILLER,
                                   Respondent.

No. 73472

FILED

OCT 23 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Charles J. Hoskin, District Judge, Family Court Division
      Pecos Law Group
      Melinda S. Miller
      Soraya M. Veiga, Esq.
      Eighth District Court Clerk
      Legal Aid Center of Southern Nevada, Barbara E. Buckley,
            Executive Director
      Anne R. Traum, Coordinator, Appellate Litigation Section,
            Pro Bono Committee, State Bar of Nevada
      Kelly Dove

---

[1]We vacate our order referring respondent to the Legal Aid Center of Southern Nevada.

17-36153